# KEVIN KERVENG TUNG, P.C.

Attorneys and Counselors at Law

Writer's direct email:
Ge Li, Esq., admitted in NY and NJ
gli@kktlawfirm.com

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

June 24, 2021

The Honorable Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Northern Food I/E, Inc. v. OCM Globe Inc., etc.*
             Civil Action No.: 1:21-cv-01813-MKB-SJB

Your Honor:

      This firm represents the plaintiff Northern Food I/E, Inc. ("Northern Food" or "Plaintiff") in the above-referenced case. According to the Court's instructions in the conference held on June 10, 2021, I have met and conferred with defendants' counsel and the parties have agreed to the following briefing schedule for Northern Food's Motion for Preliminary Injunction:

- Plaintiff shall refile its Motion for a Preliminary Injunction on or before June 28, 2021;
- Defendants shall file their opposition to Motion For Preliminary Injunction on or before July 26, 2021;
- Plaintiff shall file its Reply on or before August 16, 2021.

      As to defendants' Motion to Dismiss the Complaint, and alternatively to change venue, the parties have met and conferred concerning the issues raised in defendants' request for a pre-motion conference and were unable to reach an agreement. Accordingly, the parties have agreed to the following briefing schedule:

- Defendants shall file their motion on or before July 16, 2021;
- Plaintiff's opposition is due on August 6, 2021;
- Defendant' reply in further support of motion is due on August 20, 2021

      Plaintiff does not plan to withdraw its case against defendant Yaotian Li, despite Li's Motion to Dismiss the case against him for lack of personal jurisdiction. The reasons for

Plaintiff's such decision is explained in its separate letter in response to defendants' pre-motion letter (Dkt. No. 13).

    Thanks for Your Honor's attention to this matter.

Sincerely,
/s/Ge Li
Ge Li
