UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

    Northern Food I/E , Inc.
    Plaintiff,
    v.
    OCM Globe Inc., et al.
    Defendant.

----------------------------------------------------------X

21-cv-1813 (MKB)(SJB)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
        Ge (Gordon) Li - Kevin Kerveng Tung, P.C.
        136-20 38th Avenue , Suite 3D
        Flushing, NY 11354

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Jen-Feng Lee__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __LT Pacific Law Group LLP__ and a member in good standing of the bar(s) of the State(s) of __California__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Yaotian Li, OCM Goup USA Inc., OCM Group USA, NJ, Inc., OCM Globe Inc., Gang Wang__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 07/06/2021

Respectfully submitted,

_/s/ Jen-Feng Lee_
Signature of Movant
Firm Name  LT Pacific Law Group LLP
Address    17800 Castleton Street, Suite 560
              City of Industry, CA 91748
Email      jflee@ltpacificlaw.com
Phone     626-810-7200