

230 Park Avenue
4th Floor West
New York, NY 10169

T 212.520.1172
F 646.349.5567

www.LombardIP.com

DARREN M. GELIEBTER
E-MAIL: *dgeliebter@lombardip.com*

December 7, 2021

<u>*Via ECF*</u>

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Northern Food I/E, Inc. v. OCM Globe Inc. et al.*,
     <u>Case No. 1:21-cv-01813 MKB-SJB</u>

Dear Judge Bulsara:

  Counsel for Plaintiff Northern Food I/E, Inc. and Defendants OCM Globe Inc., OCM Group USA Inc., OCM Group USA, NJ, Inc., Gang Wang, and Yaotian Li (collectively, "Defendants") jointly submit this letter to respectfully request entry of the agreed Protective Order, submitted herewith.

  The parties believe that changes to the Court's standardized protective order are required due to the circumstances of the case. Accordingly, the agreed Protective Order contains two tiers of confidentiality, including a "Highly Confidential – Attorneys' Eyes Only" designation. Pursuant to Your Honor's Individual Practice and Rules, the proposed changes are shown in a track changes version of the agreed Protective Order, submitted herewith.

  We thank the Court for its consideration of this request.

Hon. Sanket J. Bulsara
December 7, 2021
Page 2

---

Respectfully submitted,

<table>
<tr><td>

**KEVIN KERVENG TUNG, P.C.**

By: /s/ Ge Li
Kevin K. Tung
Ge Li
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
(718) 939-4633

*Attorneys for Plaintiff*

</td><td>

**LOMBARD & GELIEBTER LLP**

By: /s/ Darren M. Geliebter
Darren M. Geliebter
Antonio Papageorgiou
Eric J. Huang (*Pro Hac Vice*)
230 Park Avenue, 4th Floor West
New York, NY 10169
(212) 520-1172 (telephone)
(646) 349-5567 (facsimile)
dgeliebter@lombardip.com
ap@lombardip.com
ehuang@lombardip.com

Jen-Feng Lee (*Pro Hac Vice*)
**LT PACIFIC LAW GROUP LLP**
17800 Castleton Street, Suite 560
City of Industry, CA  91748
Tel: (626) 810-7200
Fax: (626) 810-7300
jflee@ltpacificlaw.com

*Attorneys for Defendants*

</td></tr>
</table>