

230 Park Avenue
4th Floor West
New York, NY 10169

T 212.520.1172
F 646.349.5567

www.LombardIP.com

DARREN M. GELIEBTER
E-MAIL: *dgeliebter@lombardip.com*

December 8, 2021

<u>*Via ECF*</u>

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Northern Food I/E, Inc. v. OCM Globe Inc. et al.*,
               <u>Case No. 1:21-cv-01813 MKB-SJB</u>

Dear Judge Bulsara:

      Counsel for Plaintiff Northern Food I/E, Inc. and Defendants OCM Globe Inc., OCM Group USA Inc., OCM Group USA, NJ, Inc., Gang Wang, and Yaotian Li (collectively, "Defendants") jointly submit this supplemental letter in support of the parties' request for entry of the agreed Protective Order submitted on December 7, 2021. (Dkt. No. 30.)

      Pursuant to the Court's order dated December 8, 2021, a clean copy of the parties' agreed Protective Order is submitted herewith.

      We thank the Court for its consideration of this request.

Respectfully submitted,

| **KEVIN KERVENG TUNG, P.C.** | **LOMBARD & GELIEBTER LLP** |
|---|---|
| By: /s/ Ge Li | By: /s/ Darren M. Geliebter |
| Kevin K. Tung | Darren M. Geliebter |
| Ge Li | Antonio Papageorgiou |
| Queens Crossing Business Center | Eric J. Huang (*Pro Hac Vice*) |
| 136-20 38th Avenue, Suite 3D | 230 Park Avenue, 4th Floor West |
| Flushing, New York 11354 | New York, NY 10169 |
| (718) 939-4633 | (212) 520-1172 (telephone) |
| | (646) 349-5567 (facsimile) |
| *Attorneys for Plaintiff* | dgeliebter@lombardip.com |
| | ap@lombardip.com |
| | ehuang@lombardip.com |

Jen-Feng Lee (*Pro Hac Vice*)
**LT PACIFIC LAW GROUP LLP**
17800 Castleton Street, Suite 560
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300
jflee@ltpacificlaw.com

*Attorneys for Defendants*