# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Northern Food I/E, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-01813 |
| OCM Globe Inc. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Northern Food I/E, Inc.

Date: 05/04/2023

/s/ Shane M. Rumbaugh
*Attorney's signature*

Shane M. Rumbaugh (Bar No. 5985957)
*Printed name and bar number*

RUMBAUGH LAW PLLC
136 Madison Avenue, Floors 5 & 6
New York, NY 10016
*Address*

Shane@rumbgh.com
*E-mail address*

(347) 614-4022
*Telephone number*

*FAX number*